Harold G. ARON, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVE-
NUE, Respondent.

No. 11.

Circuit Court of Appeals, Second Circuit.

Feb. 18, 1935.

Herman J. Galloway, of Washington, D.
C. (Harold G. Aron, of New York City, of
counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and
Sewall Key and Joseph M. Jones, Sp. Assts.
to Atty. Gen., for respondent.

Before MANTON, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

William E. BAFF, Appellant, v. Ray L.
CHESEBRO, City Atty., and Irving
Shore, Appellee.

No. 7602.

Circuit Court of Appeals, Ninth Circuit.

March 4, 1935.

Wm. E. Baff, of Los Angeles, Cal., pro.
per.

F. von Shrader, Deputy City Atty., of
Los Angeles, Cal., for appellee Chesebro.

Irving Shore, of Los Angeles, Cal., for
appellee Shore.

Before WILBUR, Circuit Judge, and
ST. SURE, District Judge.

PER CURIAM.

Upon stipulation of counsel for the re-
spective parties, ordered appeal dismissed,
that a decree of dismissal be filed and en-
tered pursuant to stipulation, and mandate
issued forthwith.

BECKER STEEL COMPANY OF AMERICA,
Appellant, v. Homer S. CUMMINGS, Attor-
ney General of the United States in His Offi-
cial Capacity as Alien Property Custodian,
and William A. Julian, as Treasurer of the
United States, Appellees.*

No. 217.

Circuit Court of Appeals, Second Circuit.

March 4, 1935.

Townsend & Kindleberger, of New York
City (E. Crosby Kindleberger, of New York
City, of counsel), for appellant.

Martin Conboy, U. S. Atty., of New
York City (Irvin C. Rutter, of New York
City, of counsel), for appellees.

Before L. HAND, SWAN, and
CHASE, Circuit Judges.

PER CURIAM.

Order (10 F. Supp. 343) affirmed on
opinion below.